# United States Court of Appeals
## For the First Circuit

No. 13-1487

WALESKA GARAYALDE-RIJOS,

Plaintiff, Appellant,

v.

MUNICIPALITY OF CAROLINA; JOSÉ APONTE-DALMAU, Mayor of the
Municipality of Carolina,

Defendants, Appellees,

GERMÁN SANTIAGO-SERPA; JUAN ORTIZ-CRESPO;
NYDIA R. TALAVERA-FORTY, Auxiliar Director of Human Resources
Department; MABEL LÓPEZ,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on March 28, 2014 is amended as follows:

On page 3, line 18, "as" is inserted between "well" and "pendent."

On p. 19, line 7, "who was" is inserted between "firefighter" and "denied."